UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :        Hon. Katharine S. Hayden

      v.                              :        Crim. No. 11-471 (KSH)

ROD PEREZ                           :        <u>SCHEDULING ORDER</u>

IT IS, hereby ORDERED that the Scheduling Order (doc. 22) be amended as follows:

Pretrial Conference: December 9, 2011 at 10:00 a.m.

Jury Selection: January 9, 2012 commencing at 9:00 a.m.

Jury Trial: January 17, 2012 commencing at 9:00 a.m.

                                              /s/ Katharine S. Hayden
                                              KATHARINE S. HAYDEN
                                              United States District Judge

Date: December 7, 2011