UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Katharine S. Hayden

     v.                         :     Crim. No. 11-471 (KSH)

ROD PEREZ                    :     <u>SCHEDULING ORDER</u>

     IT IS, hereby ORDERED that in response to the Defendant's filing of a Motion to Dismiss pursuant to a violation of the Speedy Trial Act, 18 U.S.C Section 3161 that:

     The Government's Response is due: December 12, 2011 at 5:00 p.m.

     Defendant's Reply is due: December 14, 2012

     Oral argument and decision: December 16, 2012 at 11:00 am.


                                      /s/Katharine S. Hayden
                                      _____
                                      KATHARINE S. HAYDEN
                                      United States District Judge

Date: December 15, 2011